JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ESTATE OF ERIKA ROCHA, et al., | Case No. EDCV 17-869-GW-FFMx |
|---|---|
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: January 8, 2020

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE